

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file the brief is GRANTED. The appellant's brief will be due 30 days after the last portion of the reporter's record is filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court